UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WESTWOOD CARTAGE INC. and THE TRANS-LEASE GROUP, INC., Plaintiffs, v. AON RISK SERVICES, Alias, Defendant. | CA 08 208ML Civil Action No. __________ |

**NOTICE OF REMOVAL**

Defendant Aon Risk Services ("Aon"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes to this Court the above-captioned action pending in the Providence County Superior Court of the State of Rhode Island. In support of removal, Aon alleges as follows:

1. Plaintiffs Westwood Cartage Inc. and The Trans-Lease Group, Inc. (collectively "Plaintiffs"), instituted this civil action, entitled Westwood Cartage Inc. and The Trans-Lease Group, Inc. v. AON Risk Services, Civil Action. No. 08-3324, in the Superior Court for Providence County, State of Rhode Island.

2. A copy of the complaint was served upon Aon's agent on May 8, 2008. A copy of the Summons and Complaint are annexed hereto as Exhibit A.

3. This petition is being filed within thirty (30) days of the date on which Aon was served. This petition is also being filed within one year of the commencement of the action. It therefore is timely filed under 28 U.S.C. § 1446(b) and Rule 6(a) of the Federal Rules of Civil Procedure.

4. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by defendant Aon pursuant to

the provisions of 28 U.S.C. § 1441, because it is a civil action between citizens of different states. Aon is not a citizen of Rhode Island, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5. As set forth in Plaintiffs' complaint, Westwood Cartage, Inc. and The Trans-Lease Group, Inc. are corporations with their principal place of business in Needham, Massachusetts. *See* Exhibit A, ¶¶ 1, 2 (Complaint). In addition, on information and belief, both corporations are incorporated in Massachusetts.

6. Plaintiffs sued using the alias of Aon Risk Service. The actual entity involved during the time period alleged was Aon Risk Services, Inc. of Rhode Island. On March 20, 2008, Aon Risk Services, Inc. of Rhode Island was merged into Aon Risk Services Northeast, Inc., which is incorporated under the laws of the State of New York. Accordingly, Aon is, and was at the time of the commencement of this civil action, a corporation organized and existing under the laws of the State of New York.

7. Aon Risk Services Northeast, Inc.'s principal place of business is located at Chicago, Illinois.

8. AON is not now, and was not at the time of the filing of the complaint, a citizen or resident of the State of Rhode Island.

9. Jurisdiction is determined at the time the suit is filed. Smith v. Sperling, 354 U.S. 91, 93 n.1 (1957). In addition, although this suit is brought against Aon Risk Services, which is an alias, this does not defeat removal based on diversity. See 28 U.S.C. § 1441(a) ("For purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded."). Accordingly, diversity is established as required under 28 U.S.C. § 1332 and 28 U.S.C. § 1441(b).

10. The amount in controversy in this action exceeds the sum of $75,000.00, exclusive of interest or costs. In the complaint, Plaintiffs seek compensatory damages. Plaintiffs allege that they filed for coverage under an insurance policy with a $500,000 limit on a loss of $873,737.30, and were denied coverage on account of Aon's alleged negligence as an insurance broker. Exhibit A ¶¶ 14-16, 18 (Complaint). Accordingly, the jurisdictional amount required by 28 U.S.C. § 1332 is satisfied.

11. No prior application for the same or similar relief has been made to this or to any other court.

WHEREFORE, Defendant Aon Risk Services hereby removes the above-captioned action from the Providence County Superior Court of the State of Rhode Island, to this Court.

AON RISK SERVICES,
Defendant,
By its attorneys,

Stephen J. Brouillard, RI Bar No. 6284
Orson and Brusini Ltd.
325 Angell Street
Providence, Rhode Island 02906
(401) 223-2100
(401) 861-3103 fax
Email: sbrouillard@orsonandbrusini.com

Dated: May 28, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this day the 28th of May, 2008, I caused a copy of the foregoing Notice of Removal to be served upon counsel of record via hand delivery to:

Kevin M. Daley, Esq.
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886

Steve Brouillard