UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WESTWOOD CARTAGE INC. and THE TRANS-LEASE GROUP, INC., Plaintiffs, | * | CA 08 208 ML |
| v. | * | Civil Action No. ___________ |
| AON RISK SERVICES, Alias, Defendant. | * | |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Aon Risk Services, ("Aon") submits the following corporate disclosure statement:

Aon Risk Services is the alias under which the plaintiff sued. The entity at issue is Aon Risk Services Northeast, Inc. At the present time, Aon Risk Services Northeast, Inc. is a wholly owned subsidiary of Aon Risk Services, Inc. of Maryland, which is a wholly owned subsidiary of Aon Risk Services Companies, Inc., which is a wholly owned subsidiary of Aon Group, Inc., which is a wholly owned subsidiary of Aon Corporation. Aon Corporation is a publicly held company. Other than its parent company, no company owns ten percent or more of Aon Risk Services Northeast, Inc.'s stock. If necessary, AON will supplement this statement in accordance with Rule 7.1(b)(2) of the Federal Rules of Civil Procedure.

AON RISK SERVICES,
Defendant,
By its attorneys,

Stephen J. Brouillard, RI Bar No. 6284
Orson and Brusini Ltd.
325 Angell Street
Providence, Rhode Island 02906
(401) 223-2100
(401) 861-3103 fax
Email: sbrouillard@orsonandbrusini.com

Dated: May 28, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this day the 28th of May, 2008, I caused a copy of the foregoing Corporate Disclosure Statement to be served upon counsel of record via hand delivery to:

Kevin M. Daley, Esq.
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886

Steve Brouillard