UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WESTWOOD CARTAGE INC. and THE TRANS-LEASE GROUP, INC., Plaintiffs, | Civil Action No. 08-208ML |
| v. | |
| AON RISK SERVICES, Alias, Defendant. | |

**CERTIFICATE OF COUNSEL AS TO FILING AND SERVICE OF NOTICE OF REMOVAL**

The undersigned counsel for Defendant, Aon Risk Services, hereby certifies that a Notice of Filing Notice of Removal, together with a copy of the Notice of Removal, were filed on May 28, 2008 with the Office of the Clerk of Superior Court for Providence County in the State of Rhode Island, and that true and correct copies of the same were hand-delivered to Kevin M. Daley, Olenn & Penza, LLP, 530 Greenwich Avenue, Warwick, RI 02886, the attorney of record for the Plaintiffs.

AON RISK SERVICES,
Defendant,
By its attorneys,

/s/ Stephen J. Brouillard

Stephen J. Brouillard, RI Bar No. 6284
Orson and Brusini Ltd.
325 Angell Street
Providence, Rhode Island 02906
(401) 223-2100
(401) 861-3103 fax
Email: sbrouillard@orsonandbrusini.com

Dated: May 29, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2008 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served by first class mail, postage prepaid, on the following individual:

Kevin M. Daley, Esq,
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886

/s/ Stephen J. Brouillard