STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

CA 08-208ML

Case ID: PC-2008-3324 WESTWOOD CARTAGE INC V AON RISK SERVICES

Filing Date: 05-05-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: MALPRACTICE/OTHER
Status Date: 05-28-2008

Plaintiff: WESTWOOD CARTAGE INC
ID: @11011417
Attorney: KEVIN DALEY

Plaintiff: THE TRANS LEASE GROUP INC
ID: @11011418
Attorney: KEVIN DALEY

Defendant: AON RISK SERVICES
ID: @11011419

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-05-2008 | COMPLAINT FILED | |
| 05-05-2008 | INITIAL FILING FEE | |
| 05-06-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP272844. |
| 05-28-2008 | NOTICE OF REMOVAL | Affiliated: AON RISK SERVICES |
| 05-28-2008 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT # CA 08 208 ML<br>Affiliated: AON RISK SERVICES |
| 05-28-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island