UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WESTWOOD CARTAGE INC. and THE TRANS-LEASE GROUP, INC., Plaintiffs, | * | Civil Action No. 08-208ML |
| v. | * | |
| AON RISK SERVICES, Alias, Defendant. | * | |

**STIPULATION**

Plaintiffs, Westwood Cartage Inc. and The Trans-Lease Group, Inc., and Defendant, Aon Risk Services, hereby stipulate and agree, by and through their undersigned counsel, that Defendant shall have up to and including September 26, 2008 within which to answer, move, or otherwise respond to Plaintiffs' Complaint in the above-captioned matter.

WESTWOOD CARTAGE INC. and
THE TRANS-LEASE GROUP, INC.,
Plaintiffs,
By their attorneys,

/s/ Kevin M. Daley
Kevin M. Daley, RI Bar No. 4944
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886
(401) 737-3700
(401) 737-5499 fax
Email: kmd@olenn-penza.com

AON RISK SERVICES,
Defendant,
By its attorneys,

/s/ Stephen J. Brouillard
Stephen J. Brouillard, RI Bar No. 6284
Orson and Brusini Ltd.
325 Angell Street
Providence, Rhode Island 02906
(401) 223-2100
(401) 861-3103 fax
Email: sbrouillard@orsonandbrusini.com

Dated: September 5, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2008 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served by first class mail, postage prepaid, on the following individual:

Kevin M. Daley, Esq,
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886

/s/ Stephen J. Brouillard